```
LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
KIMBERLY LUONG, ROCKY LUONG, and
VICKY LUONG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LUONG, ROCKY LUONG, and VICKY LUONG,<br><br>Plaintiffs,<br><br>v.<br><br>SF CITY & COUNTY, et al.,<br><br>Defendants. | Case No.: C 11-05661 MEJ<br><br>STIPULATION [AND ORDER] PERMITTING THE FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file their Second Amended Complaint for Damages for Violation of Civil Rights, a copy of which is attached hereto and marked as Exhibit A.

IT IS FURTHER STIPULATED that the defendants who previously responded to the First Amended Complaint shall not be required to answer the Second Amended Complaint, and that all denials, responses, and affirmative defenses contained in Defendants' already-filed Answer to Plaintiffs' original Complaint shall be responsive to Plaintiffs' Second Amended Complaint.

///

///

///

IT IS SO STIPULATED.

Dated: 7/11/12

LAW OFFICES OF PANOS LAGOS

Panos Lagos, Esq.
Attorney for Plaintiffs
KIMBERLY LUONG,
ROCKY LUONG,
VICKY LUONG

Dated: 7/11/12

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: /S/MARGARET W. MAUMGARTNER
MARGARET W. BAUMGARTNER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER

Pursuant to the Stipulation of the parties,

IT IS ORDERED that Plaintiffs may file their Second Amended Complaint for Damages for Violation of Civil Rights.

Plaintiffs' Second Amended Complaint for Damages for Violation of Civil Rights shall be filed ~~not later than~~ Forthwith ~~, 2012.~~

Dated: July 16, 2012

HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION [AND ORDER] RE SECOND AMENDED COMPLAINT - 2 -

*Luong v. SF City and County, et al.*
USDC (ND) Case No.: C 11-05661 MEJ