UNITED STATES DISTRICT COURT

Northern District of California

KIMBERLY LUONG,

               Plaintiff(s),

   v.

SF CITY & COUNTY,

               Defendant(s).

                                         /

No. C 11-05661 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS**

     Pending before the Court is Defendants' Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before November 1, 2012. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

     **IT IS SO ORDERED.**

Dated: October 15, 2012

                                                                                  _____
                                                                                Maria-Elena James
                                                                                 Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**