LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
KIMBERLY LUONG, ROCKY LUONG, and
VICKY LUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LUONG, ROCKY LUONG, and VICKY LUONG,<br><br>Plaintiffs,<br><br>v.<br><br>SF CITY & COUNTY, et al.,<br><br>Defendants. | Case No.: C 11-05661 MEJ<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF KIMBERLY LUONG<br><br>[N.D. CAL. L.R. 7-11] |

Plaintiffs' Administrative Motion for Leave to File Supplemental Declaration of Kimberly Luong came before this Court. Plaintiffs having shown good cause, and after full consideration of the moving papers and supporting documents, and any opposition and opposing arguments, the Court finds that Plaintiffs' Motion is hereby GRANTED.

The Court finds that the filing of the Supplemental Declaration of Kimberly Luong in opposition to Defendants' Motion for Summary Judgment late is of importance to the just adjudication of Plaintiffs' and Defendants' claims and defenses on the merits.

ACCORDINGLY, IT IS HEREBY ORDERED that

The Supplemental Declaration of Kimberly Luong in opposition to Defendants' Motion for Summary Judgment shall be filed not later than November 16, 2012.

Dated: November 13, 2012

HON. MARIA-ELENA JAMES
United States Magistrate Judge