# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| KIMBERLY LUONG, et al., | No. C11-5661 MEJ |
| Plaintiffs, | **NOTICE REGARDING TENTATIVE RULING** |
| v. | |
| CITY & COUNTY OF SAN FRANCISCO, et al., | Re: Dkt. No. 23 |
| Defendants. | |

The Court hereby issues the following draft order representing a tentative ruling on the Defendants' currently pending Motion for Summary Judgment. Dkt. No. 23. The hearing scheduled for Thursday, November 15, 2012 at 10:00 a.m. remains on calendar. At the hearing, both parties will be free to address any issues raised by the tentative ruling.

**IT IS SO ORDERED.**

Dated: November 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge