1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   NEWTON OLDFATHER, State Bar #281227
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3859 [Baumgartner]
   Telephone:    (415) 554-4283 [Oldfather]
7  Facsimile:    (415) 554-3837
   E-Mail:       margaret.baumgartner@sfgov.org
8  E-Mail:       newton.oldfather@sfgov.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO, et al.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15
   KIMBERLY LUONG, ROCKY LUONG,          Case No. 11-cv-05661 MEJ
16 and VICKY LUONG,
                                         **ADMINISTRATIVE REQUEST FOR**
17          Plaintiffs,                  **ORDER ALLOWING EQUIPMENT**
                                         **THROUGH SECURITY; [PROPOSED]**
18          vs.                          **ORDER**

19 CITY AND COUNTY OF SAN                Trial Date:   March 25, 2013
   FRANCISCO, POLICE DEPARTMENT and      Time:         8:30 a.m.
20 DOES 1 to 10,                         Place:        Hon. Maria-Elena James
                                                       Courtroom B, 15th Floor
21          Defendants.

22

23

24

25

26

27

28
   [PROPOSED] ORDER ALLOWING EQUIPMENT
   THROUGH SECURITY, Case No. 11-cv-05661 MEJ

FILED

MAR 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants

2  City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal

3  and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in

4  the above-referenced matter.

5    The parties request admission into the Federal Courthouse of the following:

6      1.  Laptop computers;

7      2.  Elmo;

8      3.  Projector (with stand);

9      4.  Oversized Projector Screen;

10      5.  Extension cords;

11      6.  Speakers for use with laptop;

12      7.  Additional monitors

13

14  Dated:  March 20, 2012

15                                    DENNIS J. HERRERA
                                     City Attorney
16                                    CHERYL ADAMS
                                     Chief Trial Attorney
17                                    MARGARET W. BAUMGARTNER
                                     NEWTON OLDFATHER
18                                    Deputy City Attorneys

19
                             By: */s/Margaret W. Baumgartner*
20                                    MARGARET W. BAUMGARTNER

21                                    Attorneys for Defendants
                                     CITY AND COUNTY OF SAN FRANCISCO, ET AL.
22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;

2. Elmo;

3. Projector (with stand);

4. Oversized Projector Screen;

5. Extension cords;

6. Speakers for use with laptop;

7. Additional monitors.

IT IS SO ORDERED.

*FILED*

*MAR 2 1 2013*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Dated: 3-21-13



HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge