1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   NEWTON OLDFATHER, State Bar #281227
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3859 [Baumgartner]
   Telephone:    (415) 554-4283 [Oldfather]
7  Facsimile:    (415) 554-3837
   E-Mail:       margaret.baumgartner@sfgov.org
8  E-Mail:       newton.oldfather@sfgov.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO, et al.

FILED
MAR 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLY LUONG, ROCKY LUONG, and VICKY LUONG, | Case No. 11-cv-05661 MEJ |
|---|---|
| Plaintiffs, | **ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY;** [PROPOSED] **ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, POLICE DEPARTMENT and DOES 1 to 10, | Trial Date:  March 25, 2013<br>Time:        8:30 a.m.<br>Place:       Hon. Maria-Elena James<br>             Courtroom B, 15th Floor |
| Defendants. | |

[PROPOSED] ORDER ALLOWING EQUIPMENT
THROUGH SECURITY, Case No. 11-cv-05661 MEJ

1  Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants
2  City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal
3  and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in
4  the above-referenced matter.

5  The parties request admission into the Federal Courthouse of the following:
6      1. Laptop computers;
7      2. Elmo;
8      3. Projector (with stand);
9      4. Oversized Projector Screen;
10      5. Extension cords;
11      6. Speakers for use with laptop;
12      7. Additional monitors

14  Dated: March 20, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
NEWTON OLDFATHER
Deputy City Attorneys

By: /s/Margaret W. Baumgartner
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED.  The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Elmo;
3. Projector (with stand);
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Additional monitors.

IT IS SO ORDERED.

Dated: 3-21-13



HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

FILED
MAR 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA