LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
KIMBERLY LUONG, and
VICKY LUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LUONG, and VICKY LUONG<br><br>Plaintiffs,<br><br>v.<br><br>SF CITY & COUNTY, et al.,<br><br>Defendants. | Case No.: C 11-05661 MEJ<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR ORDER PERMITTING EQUIPMENT INTO COURTHOUSE FOR TRIAL; ~~PROPOSED~~ ORDER |

TO THE HONORABLE MARIA-ELENA JAMES, United States Magistrate Judge:

Plaintiffs, KIMBERLY LUONG, and VICKY LUONG ("Plaintiffs") hereby apply to this Court for an Order permitting Plaintiffs' counsel, Panos Lagos, Bennett Cohen, Jessica Barsotti and/or Heather Chang, to bring the following electronic equipment into the U.S. District Court, Northern District Courthouse, located at 450 Golden Gate Avenue, in San Francisco, CA, for purposes of trial expected to last from March 25, 2013 through and including March 29, 2013:

1. Dell laptop
2. Acer Projector
3. Knox/Regent collapsible projector screen
4. Two speakers

///

///

Dated: 03/21/2013

Respectfully submitted,

LAW OFFICES OF PANOS LAGOS

/s/PANOS LAGOS
Panos Lagos, Esq.
Attorney for Plaintiffs
KIMBERLY LUONG,
VICKY LUONG

**GOOD CAUSE APPEARING,**

IT IS ORDERED that Plaintiffs' counsel, Panos Lagos, Bennett Cohen, Jessica Barsotti and/or Heather Chang, is permitted to bring the following electronic equipment into the U.S. District Court, Northern District Courthouse, located at 450 Golden Gate Avenue, in San Francisco, CA, for purposes of trial expected to last from March 25, 2013 through and including March 29, 2013:

1. Dell laptop
2. Acer Projector
3. Knox/Regent collapsible projector screen
4. Two speakers

Dated: March 21, 2013

HON. MARIA-ELENA JAMES
United States Magistrate Judge