| | |
|---|---|
| 1 | LAW OFFICES OF PANOS LAGOS |
| 2 | Panos Lagos, Esq. / SBN 61821<br>5032 Woodminster Lane |
| 3 | Oakland, CA 94602<br>(510)530-4078 |
| 4 | (510)530-4725/FAX<br>panoslagos@aol.com |
| 5 | Attorney for Plaintiff, |
| 6 | KIMBERLY LUONG, and<br>VICKY LUONG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY LUONG,<br>and VICKY LUONG | ) | Case No.: C 11-05661 MEJ |
| Plaintiffs, | ) ) ) | PLAINTIFF'S EX PARTE<br>APPLICATION FOR ORDER |
| v. | ) ) | PERMITTING EQUIPMENT INTO<br>COURTHOUSE FOR TRIAL; |
| SF CITY & COUNTY, et al., | ) ) | ~~PROPOSED~~ ORDER |
| Defendants. | ) ) | |

TO THE HONORABLE MARIA-ELENA JAMES, United States Magistrate Judge:

Plaintiffs, KIMBERLY LUONG, and VICKY LUONG ("Plaintiffs") hereby apply to this Court for an Order permitting Plaintiffs' counsel, Panos Lagos, Bennett Cohen, Jessica Barsotti and/or Heather Chang, to bring the following electronic equipment into the U.S. District Court, Northern District Courthouse, located at 450 Golden Gate Avenue, in San Francisco, CA, for purposes of trial expected to last from March 25, 2013 through and including March 29, 2013:

1. Dell laptop
2. Acer Projector
3. Knox/Regent collapsible projector screen
4. Two speakers

///

///

EX PARTE APPLICATION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE     - 1 -

*Luong v. SF City and County, et al.*
USDC (ND) Case No.: C 11-05661 MEJ

1 | Dated: 03/21/2013             Respectfully submitted,
2 |                               LAW OFFICES OF PANOS LAGOS
3 |
4 |                               /s/PANOS LAGOS
  |                               Panos Lagos, Esq.
5 |                               Attorney for Plaintiffs
  |                               KIMBERLY LUONG,
6 |                               VICKY LUONG
7 | **GOOD CAUSE APPEARING,**
8 |     IT IS ORDERED that Plaintiffs' counsel, Panos Lagos, Bennett Cohen, Jessica Barsotti
9 | and/or Heather Chang, is permitted to bring the following electronic equipment into the U.S.
10 | District Court, Northern District Courthouse, located at 450 Golden Gate Avenue, in San
11 | Francisco, CA, for purposes of trial expected to last from March 25, 2013 through and including
12 | March 29, 2013:
13 |     1. Dell laptop
14 |     2. Acer Projector
15 |     3. Knox/Regent collapsible projector screen
16 |     4. Two speakers
17 |
18 | Dated: March 21, 2013
19 |                               HON. MARIA-ELENA JAMES
   |                               United States Magistrate Judge

EX PARTE APPLICATION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE           - 2 -

*Luong v. SF City and County, et al.*
USDC (ND) Case No.: C 11-05661 MEJ