# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| KIMBERLY LUONG, *et al.*, | No. C 11-05661 MEJ |
| Plaintiffs, | **FINAL PRETRIAL ORDER** |
| v. | |
| SF CITY & COUNTY, *et al.*, | |
| Defendants. | |

On March 21, 2013, the Court held a Final Pretrial Conference in this matter. This Order summarizes the Court's rulings and information about how the trial will be conducted.

1. The trial will proceed in Courtroom B as follows: the parties will appear at 9:00 a.m. on Monday, March 25, 2013. Jury selection will commence at 9:30 a.m. The trial will start at 1:15 p.m. Each day thereafter, trial will begin at 9:30 a.m. with a 15-minute break at 11:00 a.m., a 45-minute lunch at 12:30 p.m., and a 15-minute afternoon break at 2:30 p.m. Trial will conclude at 3:30 p.m. each day.

2. Each side has 10 hours to present their case in chief. The 10 hours includes opening and closing statements. Opening statements must be limited to 30 minutes per side and closing statements must be limited to 1 hour per side.

3. In order to avoid prejudice to either side, the Court will follow the normal rule regarding objections to evidence and other legal points which the Court must decide: No lengthy arguments in front of the jury. No sidebars. Any such argument should occur before 9:30 a.m. or after 3:30 p.m. unless it is unavoidable. Objections should consist of a citation to the Federal Rule(s) of Evidence at issue and the applicable generic description (e.g. "relevance.")

6. The parties must rise when making an objection.

7. The parties must seek leave to approach witnesses.

8. At the close of each trial day, counsel must disclose to the opposing party the witnesses to be called the following two days and the exhibit numbers of the documents that counsel plans to use on direct (other than for impeachment).[1] Within 24 hours of such disclosure, counsel shall exchange exhibit numbers to be used in cross of the witnesses (other than for impeachment). Parties will not be allowed to call witnesses or use documents other than those that have been previously disclosed in the Pretrial Conference Statement, and in the daily witness lists.

**IT IS SO ORDERED.**

Dated: March 21, 2013

Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

---

[1] Plaintiffs shall disclose the witnesses they intend to call on the first two days of trial and the exhibit numbers they intend to use on direct by March 22, 2013.