UNITED STATES DISTRICT COURT

Northern District of California

KIMBERLY LUONG,                                No. C 11-05661 MEJ

               Plaintiff(s),

   v.                                  **JURY REFRESHMENT ORDER**

SF CITY & COUNTY,

               Defendant(s).
_____/

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the *Continental Breakfast Refreshments* for the 8 members of the jury in the above-entitled matter. The trial will be held beginning March 25, 2013 - March 29, 2013, Monday through Friday in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room beginning March 26, 2013, by no later than 8:30 a.m. each day and will be cleared by no later than 4:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
Maria-Elena James
United States Magistrate Judge