# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| KIMBERLY LUONG,<br><br>              Plaintiff(s),<br>   v.<br>SF CITY & COUNTY,<br><br>              Defendant(s).<br>_____/ | No. C 11-05661 MEJ<br><br>**JURY REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish *Box Lunches* for the 8 members of the jury in the above-entitled matter. The trial will be held beginning March 25, 2013 - March 29, 2013, Monday through Friday in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be provided on Friday, March 29, 2013 and possibly Monday, April 1, 2013, during deliberation and brought to the jury room by no later than 12:00 noon and will be cleared by no later than 4:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: March 28, 2013

_____
Maria-Elena James
United States Magistrate Judge