UNITED STATES  DISTRICT COURT

Northern District of California

KIMBERLY LUONG, VICKY LUONG

                    Plaintiffs,

          v.

SF CITY & COUNTY, *et al.*,

                    Defendants.

_____/

No. C 11-05661 MEJ

JUDGMENT IN A CIVIL CASE

     **X**   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

          IT IS ORDERED AND ADJUDGED that pursuant to the verdict of the jury filed on April 1, 2013, judgment is entered in favor of Defendants and against Plaintiffs.  Plaintiffs to take nothing and the Complaint and action are dismissed.

          **IT IS SO ORDERED.**

Dated: April 16, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California